UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

# M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Trustees of the Iron Workers Local Union No. 5 and Iron Workers Employers Association, Employees Pension Trust, et al. v. Coffey's Misc. Iron Works, Inc. et al.*
Civil No. RWT-10-641

DATE:     March 5, 2014

\* \* \* \* \* \* \* \* \*

      Due to a change in the Court's calendar, the show cause hearing previously scheduled in this case for April 14, 2014 at 2:30 p.m. will be rescheduled for April 24, 2014 at 1:00 p.m. An Amended Order replacing the Order of February 25, 2014 [ECF No. 16] will be issued in conjunction with this Memorandum. The Plaintiffs are directed to serve a copy of this Memorandum in conjunction with the Amended Order upon the Garnishee, Aurora, LLC, within 14 days of the date of this Memorandum, and to file proof of service promptly after serving the Garnishee.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge